# EXHIBIT 8

# EXHIBIT 8

## Declaration Under Penalty of Perjury

COMES NOW declarant Josh Peaslee, who under penalty of perjury, affirms the statements made herein are true:

1. I am an employee of S & S Active Wear (hereinafter "S & S"). I work at the warehouse in Reno, Nevada, located at 9550 North Virginia Street. I began employment with S & S on May 21, 2019. I am a man and am 34 years of age. I work in a non-management position, i.e., I drive around the warehouse and gather empty boxes and return to the boxes to the Packing Department. Accordingly, I have occasion to interact with a number of employees and routinely travel all over the warehouse.

2. I routinely hear different sorts of music being played. Blue Tooth speakers are set up in various places in the warehouse and employees are allowed to play music. On the inbound side of the warehouse I used to hear music by Too Short on a daily and frequent basis, i.e., all the time. The frequency has somewhat lessened, but I still hear the sort of rap music performed by Too Short played on a daily basis on the premises of the S & S warehouse. On the outbound side of the warehouse, I do not hear obscene rap music, such as that performed by Easy E, NWA, Ice Cub, Dr. Dre and Too Short. I often hear male employees singing along with such music. Some of the music contains misogynistic and very vulgar language, e.g., language re "blow jobs", "dicks", "ho's or "whores", etc. I can easily understand how this music could be very offensive, especially to women. This music, on the inbound side of the warehouse, is played openly and loudly, with no attempt at concealment, i.e., a casual observer, walking for instance in the area where the trucks are unloaded, would easily hear the music, and obviously the lyrics. Likewise, when the male employees sing along with, for instance, songs by Too Short, there is no attempt at concealment. I have hear songs such as "Blowjob Betty" played openly, on a regular basis on the inbound side of the warehouse and I have observed various S & S employees openly sing along with that song. Likewise, I have observed S & S Managers in the area where such music is being loudly played and I have never witnessed any attempt by

Page 1

any S & S Manager to curtail the playing of the music. I am unaware of any discipline directed at any S & S employee in response for playing obscene and violent rap music on the premises of the S & S warehouse.

      3. I have heard S & S women employees make remarks about the obscene rap music, i.e., I have been told by a number of S & S female employees they do not like the vulgar lyrics. Approximately five to six S & S female employees have told me they find the music offensive. They have said statements to me such as "why are they allowing that music to be played here?". Too Short's music is probably the most offensive to women and his songs seem to elicit the strongest reactions.

      4. I am aware instructions have issued on the outbound side of the warehouse to prevent the playing of obscene rap music. I do not know why that music is allowed to be played on the inbound side of the warehouse.

      5. Some of the S & S male Managers use obscene language at work. For instance, Derrick Peterson sometimes refers to women as "bitches". I have observed Mr. Peterson use such language openly, with no apparent fear of any repercussions.

      I hereby declare under penalty of perjury the statements I have made herein are correct. Dated this 5th day of October, 2019.

*Josh Peaslee*