| | |
|---|---|
| 1 | **JAMES T. TUCKER, ESQ.**<br>Nevada Bar No. 12507 |
| 2 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>6689 Las Vegas Blvd. South, Suite 200 |
| 3 | Las Vegas, Nevada 89119<br>Tel: 702.727.1400/Fax: 702.727.1401 |
| 4 | James.Tucker@wilsonelser.com<br>*Attorneys for Defendant S&S Activewear, L.L.C.* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SHARP; CYNTHIA MARTINEZ; PATRICIA SPEIGHT; LAURA VIRAMONTES GARCIA; REBECCA GAROUTTE; ANTHONY BAKER; SHARENE WAGONER; and RUBY LOPEZ COLOCHO,<br><br>Plaintiffs,<br><br>v.<br><br>S&S ACTIVEWEAR, L.L.C.,<br><br>Defendant. | CASE NO: 3:20-cv-00654-MMD-CLB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT S & S ACTIVEWEAR, L.L.C. TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

### STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS S & S ACTIVEWEAR, L.L.C. TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Pursuant to LR IA 6-1, Plaintiffs by and through their counsel of record Mark Mausert, Esq., of the Law Office of Mark Mausert, and Defendant S & S Activewear, L.L.C. by and through their counsel of record, James T. Tucker, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree that Defendant S & S Activewear shall file its Reply to Plaintiffs' Response to Defendant's Motion to Dismiss no later than **May 18, 2021**. Defendant filed its Motion to Dismiss on April 23, 2021 and Plaintiffs filed their Response on May 5, 2021.

The extension is requested due to conflicting commitments arising from Mr. Tucker's responsibilities as Chair of the U.S. Census Bureau's National Advisory Committee (NAC), which includes preparing for and chairing the NAC's Spring 2021 meeting on May 6-7, 2021 and preparing for the NAC's special meeting scheduled for May 27, 2021. Information about the NAC

Page 1 of 2

253884708v.1

meetings is available at https://www.census.gov/about/cac/nac/meetings.html. This is the first stipulation for extension of time to file the Reply brief.

This request is made in good faith and not for purposes of delay.

DATED this 10th day of May, 2021        DATED this 10th day of May, 2021

**WILSON, ELSER, MOSKOWITZ,**              **LAW OFFICE OF MARK MAUSERT**
**EDELMAN & DICKER LLP**

_/s/James T. Tucker_____          _/s/ Mark Mausert_____
James T. Tucker, Esq.                      Mark Mausert, Esq.
Nevada Bar No. 12507                       Nevada Bar No. 2398
6689 Las Vegas Blvd. South, Suite 200      729 Evans Avenue
Las Vegas, NV 89119                        Reno, Nevada 89512
*Attorneys for Defendant S & S Activewear, L.L.C.*   *Attorneys for Plaintiffs*

### **ORDER**

IT IS SO ORDERED.

DATED this 10th day of May, 2021.

_____
U.S. DISTRICT JUDGE

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN**
 **& DICKER LLP**

BY: */s/ James T. Tucker*
   **JAMES T. TUCKER, ESQ.**
   Nevada Bar No. 12507
   6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
   Tel: 702.727.1400/Fax: 702.727.1401
   James.Tucker@wilsonelser.com

253884708v.1