AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

STEPHANIE SHARP, *et al.*,

        Plaintiffs,

v.

S&S ACTIVEWEAR, *LLC*,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  3:20-CV-00654-MMD-CLB

__     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' unopposed motion for entry of partial final judgment and Rule 54(b) certification (ECF No. 27) is granted.

**IT IS FUTHER ORDERED** that this action is stayed until a decision is made on Plaintiffs' appeal. A final judgment in favor of Defendant as to Plaintiffs' Title VII hostile work environment claim in accordance with the Court's December 8, 2021, order, is hereby entered.  Pursuant to Rule 54(b), the Court finds no just reason for delaying entry of judgment on this claim.



Date: December 27, 2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*