UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEPHANIE SHARP, *et al.*,<br><br>                              Plaintiffs,<br><br>        v.<br><br>S&S ACTIVEWEAR, LLC,<br><br>                              Defendant. | Case No. 3:20-cv-00654-MMD-CLB<br><br>ORDER |

Plaintiffs appealed the Court's dismissal of their Title VII sexual harassment claim against Defendant. (ECF No. 31.) The U.S. Court of Appeals for the Ninth Circuit reversed, vacated the Court's dismissal, and remanded. (ECF No. 36.) Accordingly, the Court vacates its dismissal order (ECF No. 25) and judgment (ECF No. 29). The parties are directed to file a status report regarding how this case should proceed within 14 days of the date of this order.

DATED THIS 30th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE