Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE SHARP, ET AL., | Case No.: 3:20-cv-00654-MMD-CLB |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |
| S&S ACTIVEWEAR, L.L.C., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, by and through their respective counsels of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiffs' claims in the above referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 22nd day of November, 2023.
MARK MAUSERT LAW OFFICE

 /s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512
*Attorneys for Plaintiffs*

Dated this 22nd day of November, 2023.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

 /s/ Sheri Thome
SHERI M. THOME, ESQ.
TAYLOR A. BUONO, ESQ.
6689 Las Vegas Blvd., Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

2.

**IT IS SO ORDERED.**

Dated: ___November 27_____, 2023.

_____
UNITED STATES DISTRICT JUDGE